UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | EDTN Mag No. 1:16-MJ-4 |
| vs. ) | WDKY Case No. 4-15-CR-18-JHM |
| ) | |
| DELANIE L. TILLMAN ) | JUDGE STEGER |

## MEMORANDUM AND ORDER

The Defendant, Delanie L. Tillman, appeared for a hearing before the undersigned on January 6, 2016, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance on an Indictment and Warrant out of the Western District of Kentucky.

After being sworn in due form of law, Defendant was informed or reminded of her privilege against self-incrimination under the 5th Amendment to the United States Constitution.

The Court determined the Defendant wished to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at government expense. Consequently, the Court APPOINTED Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant at the instant hearing.

Defendant was furnished with a copy of the Indictment and had an opportunity to review that document with her attorney. The Court determined that Defendant was capable of being able to read and understand the Indictment. Further, the AUSA explained the charges pending against Defendant and the potential range of penalties attendant to those charges. Defendant acknowledged that she understood the charges against her.

The Court explained to Defendant that she had a right to an identity hearing to determine whether she is the person named in the charges in the indictment; a right to production of the warrant (or a certified copy or electronic copy); a right to a preliminary hearing; a right to a detention hearing; and a right to be arraigned. The Court further explained to Defendant that she had a right to transfer these proceedings to the Eastern District of Tennessee under Fed. R. Crim. P. 20.

Following consultation with her counsel, Defendant agreed to waive an identity hearing production of the warrant, and any preliminary hearing, detention hearing or arraignment to which she may be entitled in the Eastern District of Tennessee, and the Court confirmed that she would be entitled to such proceedings in the prosecuting district at the time set by that Court. More specifically, Defendant was advised that she will be required to appear before the United States District Court for the Western District of Kentucky at 241 East Main Street, Bowling Green, Kentucky on Wednesday, January 27, 2016 at 10:00 a.m., Central Time, for further proceedings, including Defendant's arraignment. Defendant acknowledged that she understood

1

the requirement that she attend that hearing and indicated that he would self-report to such hearing.

It is, therefore, ORDERED that Defendant shall SELF-REPORT for a hearing before United States Magistrate Judge Brent Brennenstuhl in the Western District of Kentucky at 241 East Main Street, Bowling Green, Kentucky on Wednesday, January 27, 2016, at 10:00 a.m. CST.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

2

Case 1:16-mj-00004-CHS   Document 6   Filed 01/07/16   Page 2 of 2   PageID #: 9